# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| LEONE D. MEBANE )<br>*Plaintiff* )<br>v. )<br>Commissioner of Social Security )<br>*Defendant* ) | Civil Action No. 3:18-cv-90 |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other: the Commissioner's non-disability finding is unsupported by substantial evidence, and REVERSED; (2) this matter is REMANDED to the Commissioner under the Fourth Sentence of 42 U.S.C. § 405(g).

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Sharon L. Ovington on a motion for Decision and Order.

Date: 6/10/19

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*